**UNITED STATES OF AMERICA**

**VS.**                                           **CASE NO: 6:04-cr-68-Orl-22DAB**

**TYRONE JACKSON**

_____

### ORDER AND NOTICE
### OF SHOW CAUSE HEARING

This cause comes before the Court on a Report and Recommendation (Doc. No. 91),

entered by the Magistrate Judge after conducting a Final Probation Revocation Hearing pursuant

to Local Rule 6.01(c)(16) on May 16 and 22, 2012.

After an independent *de novo* review of the record in this matter, and noting that no

objections were filed, the Court agrees entirely with the findings of fact and conclusions of law

in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1.      The Report and Recommendation entered June 1, 2012 (Doc. No. 91), is

ADOPTED and CONFIRMED and made a part of this Order.

2.      Defendant shall personally appear before this court on **THURSDAY, June 28,**

**2012, at 9:00 AM**, at the George C. Young U.S. Courthouse & Federal Building, 401 W. Central

Boulevard, Sixth Floor, Courtroom 6A, Orlando, Florida, 32801, and shall show cause why

supervised release should not be revoked.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 19, 2012.

ANNE C. CONWAY
United States District Judge

Copies furnished to:

Counsel of Record
United States Magistrate Judge
United States Marshals Service
United States Probation Office
Courtroom Deputy
Tyrone Jackson